USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2018

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COREY REED,<br><br>Plaintiff,<br><br>-against-<br><br>KENNETH COLE PRODUCTIONS, INC.,<br><br>Defendant. | Case No. 1:18-cv-02800<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Corey Reed, by his attorneys, DannLaw, and Defendant Kenneth Cole Productions, Inc., by its in-house counsel, Marc S. Goldfarb, Esq., that:

1. The time for Defendant to answer, move, or otherwise respond to the Complaint be and hereby is extended to and including May 22, 2018.

2. This Stipulation may be executed in counterparts which, together, shall constitute one and the same Stipulation. Copies of signatures, transmitted electronically, shall be sufficient to render this Stipulation binding and effective. Either party may submit this Stipulation to the Court to be so-ordered without further notice.

Dated: New York, New York
       April 23, 2018

| DANNLAW | KENNETH COLE PRODUCTIONS, INC. |
|---|---|
| By: _____<br>Javier L. Merino (5294699)<br>1 Meadowlands Plaza, Suite 200<br>East Rutherford, NJ 07073<br>(201) 355-3440<br>jmerino@dannlaw.com<br>DisabilityNotices@dannlaw.com<br>Counsel of Record for Plaintiff | By: _____<br>Marc S. Goldfarb, Esq.<br>603 West 50th Street<br>New York, NY 10019<br>(212) 315-8239<br>mgoldfarb@kennethcole.com |

SO ORDERED: _____ April 24 , 2018.

_____
Hon. Gregory H. Woods, U.S.D.J.