USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2018

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COREY REED, an individual, | Case No. 1:18-cv-02800-GHW |
| Plaintiff, | Honorable Judge Gregory H. Woods |
| v. | |
| KENNETH COLE PRODUCTIONS, INC. | |
| Defendant. | |

## JOINT STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice. A resolution of all matters in dispute has been made pursuant to a Confidential Settlement Agreement executed between the parties. Each shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

**STIPULATED AND AGREED:**

_____
Javier L. Merino, Esq.
DANNLAW
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
jmerino@dannlaw.com
DisabilityNotices@dannlaw.com
*Counsel for Plaintiff*
Dated: June 5, 2018

_____
Marc S. Goldfarb, Esq.
603 West 50th Street
New York, NY 10019
Phone: 212-315-8239
mgoldfarb@kennethcole.com
*Counsel for Defendant*
Dated:

The parties have stipulated to the dismissal of this action under Rule 41(a)(1)(A)(ii).
The Clerk of Court is directed to close the case.

Dated: June 6, 2018
New York, New York

_____
GREGORY H. WOODS
United States District Judge